## AFFIDAVIT

I, Angel M. Marcano, a Special Agent with the Department of Homeland Security Investigations, hereinafter referred to as HSI, being duly sworn, depose, and state as follows:

## BACKGROUND

1. I am a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations (HSI), and I have been employed in this capacity since October 18, 2015. I am a graduate of the Criminal Investigator Training Program and the HSI Special Agent Training Academy. In my current role as a Special Agent assigned to HSI Fajardo, my duties include, but are not limited to, the investigation and enforcement of Titles 8, 18, 19, 21 and 31 of the United States Code (U.S.C.). I am an "investigative or law enforcement officer of the United States" within the meaning defined in Title 18 U.S.C. § 2510(7), in that I am an agent of the United States authorized by law to conduct investigations of, and make arrests for, federal offenses.

2. I have been trained in conducting investigations related to firearms violations and narcotics smuggling, which include interdiction and distribution activities. I have also been trained in investigative techniques that involve conducting search of electronic storage media.

3. Through my training and experience, I have become familiar with the *modus operandi* of drug traffickers, local gangs that are involved in drug and weapons trafficking, offenders that commit federal firearms violations, offenders involved in money laundering activities, and other crimes of violence and their methods of communication and storage of information, which include the use of cellular telephones and other electronic devices.

4. I am thoroughly familiar with the information contained in this Affidavit, either through personal investigation or discussions with other law enforcement officers involved in the investigation.

5. The facts and information contained in this affidavit are based on my personal knowledge, as well as upon information received in my official capacity from other individuals, including other federal and state law enforcement officers. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint charging Jean Karlet DAVILA-Rodriguez (hereinafter, DAVILA-Rodriguez) with violating Title 18 U.S.C. §922 (o) possession of machine gun, I have set forth only the facts that I believe are necessary to establish probable cause to support this criminal complaint.

## FACTS IN SUPPORT OF PROBABLE CAUSE

6. On July 9, 2025, at approximately 0500 hrs. EST, Puerto Rico Police Bureau (PRPB) Agent Santiago Aguilar Rodriguez (hereinafter, Agent Aguilar Rodriguez) from the Humacao region conducted a traffic stop of a gray color Hyundai Accent vehicle bearing Puerto Rico license plate HYX454 for a speeding violation on Interstate # 30, km 7.9 in Gurabo, Puerto Rico. During the traffic stop, PRPB Agent Aguila Rodriguez approached and addressed the driver of the vehicle through the passenger side window. Agent Aguilar Rodriguez requested the driver to lower the back windows of the vehicle for his safety and security after noticing the vehicle had dark tints installed on all its windows limiting his visibility of the subject inside the vehicle.

7. Upon the driver lowering the rear door passenger window, PRPB Agent Aguilar Rodriguez noticed a short barrel rifle resting on the passenger back seat of the vehicle. The rifle was later identified as an AM-15 Multi Caliber rifle bearing serial number 22037478 loaded with one .223 caliber round in the chamber and a high capacity (30-round) magazine full of .223 caliber ammunition.

8. PRPB Agent Aguilar Rodriguez instructed the driver to turn off the car and slowly step out of the vehicle. PRPB Agent Aguilar Rodriguez secured the driver of the vehicle, later identified as Jean Karlet DAVILA-Rodriguez at the scene. At the same time, DAVILA-Rodriguez made spontaneous statements to Agent Aguilar Rodriguez and told him there was a handgun located on the front passenger floorboard of the vehicle.

9. PRPB agent Aguilar Rodriguez secured the two firearms. The handgun was found to be a Glock pistol bearing serial number ZAY340 loaded with one 9mm round in the chamber and a high-capacity (24 round) magazine full of 9mm ammunition. The vehicle was later transported to the PRPB Humacao Region Command Center for an inventory.

10. During this inspection of the vehicle, the PRPB found what appeared to be green leafy substance consistent with marijuana in an M&M blue cylindrical container inside the vehicle. PRPB Agents later conducted a field test on the substance testing positive for marijuana laced with fentanyl. The PRPB agents also found four (4) additional rounds of 9mm ammunition under the passenger seat and another high-capacity (30-round) magazine in the trunk of the vehicle containing five (5) rounds of .223 caliber ammunition.

11. The Glock pistol model 35 bearing serial number ZAY340 had been altered with a device considered an "auto sear" the most common automatic conversion device, which transforms a semiautomatic gun into a weapon capable of emptying an entire magazine with a single pull of the trigger. HSI agents conducted a manual manipulation test of the Glock pistol to ascertain it functioned as a machinegun by pulling the trigger and racking the slide back to make the weapon ready to fire, and the test revealed that the pistol had been modified as a machinegun.  After pressing the trigger once to fire the weapon, the trigger bar did not catch the firing pin and upon racking the slide the trigger remained depressed due to the auto sear converting the pistol into a machine gun capable of firing automatically with a single pull of the trigger.

12. DAVILA-Rodriguez was detained by the PRPB and transported to the PRPB Humacao Region Command Center for violations of Puerto Rico weapons laws.

13. On that same day, HSI Fajardo Agents responded to the PRPB Humacao Region Command Center.  The agents identified themselves to DAVILA-Rodriguez and read the Miranda rights to him in his native language of Spanish, DAVILA-Rodriguez signed the Miranda rights form and agreed to give a statement to HSI agents without a lawyer present.

14. DAVILA-Rodriguez stated the AM 15 rifle bearing serial number 22037478, and GLOCK pistol model 35, bearing serial number ZAY340 seized by PRPB agents belonged to him.  DAVILA-Rodriguez stated he knew the Glock pistol was a machinegun and that it fires more thanone bullet when pulling the trigger.  DAVILA-

Rodriguez further stated he had purchased both weapons from someone unknown to him on the street and had paid the person $2000.00 dollars for both weapons.

## CONCLUSION

15. Based on the foregoing facts and circumstances, your affiant submits that probable cause exists to believe that DAVILA-Rodriguez committed a violation of Title 18 U.S.C. § 922(o), possession of a machine gun.

I declare that the foregoing is true and correct to the best of my knowledge.

*Angel M. Marcano*

**Angel M. Marcano**
SPECIAL AGENT
HOMELAND SECURITY INVESTIGATIONS

Pursuant to Rule 4.1
Sworn to this  10th  day of July 2025, in San Juan, Puerto Rico  at 9:42AM.

**Marshal D. Morgan**
UNITED STATES MAGISTRATE JUDGE
PUERTO RICO DISTRICT COURT